# EXHIBIT A

# Computer and monitor protection plan



Worry-free workdays, here you come.

In Texas, the Obligor is



Federal Warranty Service Corp.

In Florida, the Obligor is



United Service Protection Inc.

Need support?

Visit **staples.com/protectionplans**
or call **1-866-782-9155** 24 hours a day, 7 days a week.

*Some restrictions apply. For complete details, including Obligor information, see Terms and Conditions. The plan term is inclusive of manufacturer's warranty and store return policy and does not replace the manufacturer's warranty. Plan does not cover cracked or broken screens and any failures due to accidental damage. Not responsible for lost data. Replacement product can be a new, rebuilt or refurbished one of similar features and functionality. Replacement or cash settlement fulfills the contract in its entirety. Based on flat-screen monitors.

SKU 922642





## Coverage you can count on.
### Here's what's included:

- 24/7 technical support and customer service
- 100% parts and labor coverage
- Coverage against normal mechanical or electrical failures as a result of normal wear and tear
- One-time replacement or cash settlement if equipment cannot be repaired*
- Power surge coverage of up to $1,000 over the life of the Plan
- Transferable coverage

## Types of servies:

- Carry-in: We will refer you to the nearest authorized repair center for service.
- Express shipping: We will provide prepaid shipping to and from our repair facility.
- On-site: We will do our best to repair your product at your home or workplace. If needed, we will pay for shipping to a designated service provider.

| Product Purchase Price<br>Carry-in Service | | |
|---|---|---|
| $0–$99.99 | $24.99<br>SKU 920591 | $14.99<br>SKU 920570 |
| $100–$199.99 | $49.99<br>SKU 920592 | $39.99<br>SKU 920581 |
| $200–$349.99 | $59.99<br>SKU 920593 | $49.99<br>SKU 920583 |
| $350–$499.99 | $89.99<br>SKU 920594 | $69.99<br>SKU 920584 |
| $500–$999.99 | $149.99<br>SKU 920595 | $99.99<br>SKU 920585 |
| $1,000–$1,499.99 | $189.99<br>SKU 920596 | $154.99<br>SKU 920586 |
| $1,500–$1,999.99 | $229.99<br>SKU 920598 | $199.99<br>SKU 920587 |
| $2,000–$2,499.99 | $269.99<br>SKU 920599 | $239.99<br>SKU 920588 |
| $2,500+ | $309.99<br>SKU 920600 | $259.99<br>SKU 920590 |

| Product Purchase Price<br>Express Shipping/On-Site Service | | |
|---|---|---|
| $0–$99.99 | N/A | N/A |
| $100–$199.99 | N/A | N/A |
| $200–$349.99 | N/A | N/A |
| $350–$499.99 | N/A | N/A |
| $500–$999.99 | $169.99<br>SKU 920687 | $139.99<br>SKU 920681 |
| $1,000–$1,499.99 | $199.99<br>SKU 920689 | $179.99<br>SKU 920682 |
| $1,500–$1,999.99 | $269.99<br>SKU 920690 | $229.99<br>SKU 920683 |
| $2,000–$2,499.99 | $299.99<br>SKU 920692 | $249.99<br>SKU 920684 |
| $2,500+ | $349.99<br>SKU 920693 | $279.99<br>SKU 920686 |

| Product Purchase Price<br>Accidental Damage Plan** | | |
|---|---|---|
| Any Price | $199.99<br>SKU 764174 | $149.99<br>SKU 764173 |

**Accidental damage is included in Touch-Screen Computer Plan Prices. Not applicable in MA.

- Express shipping service available on monitors

| Product Purchase Price | |
|---|---|
| $0–$99.99 | $14.99<br>SKU 731454 |
| $100–$149.99 | $19.99<br>SKU 731455 |
| $150–$199.99 | $24.99<br>SKU 731457 |
| $200–$249.99 | $29.99<br>SKU 731458 |
| $250–$299.99 | $39.99<br>SKU 731459 |
| $300–$399.99 | $49.99<br>SKU 731460 |
| $400+ | $79.99<br>SKU 731461 |

***Monitor plan includes screen replacement for manufacturer defect. Excludes Accidental Damage. Plans begin after the shortest portion of the manufacturer's warranty ends (parts or labor).

```
STAPLES

            that was easy.
   Low prices. Every item. Every day.
          855 Central Park Avenue
           Scarsdale., NY 10583
              (914) 725-0324
SALE                1595779 10 006 97129
                    0185 03/03/12 10:44
QTY SKU                           PRICE


         REWARDS NUMBER   062042694
    2YR PC TSP $500-99
      920585                       99.99
       Salesperson #1341232
      HP PAVILION P7-122
      886112792213                509.99
       Salesperson #1341232
   Instant Savings <-24.00>
SUBTOTAL                          609.98

    Standard Tax 7.375%            44.99

                                 $654.97

S# MXU 2050 HBH

American Express                  654.97
Card No.: XXXXXXXXXXXX1004 [S
Auth No.: 509111


           TOTAL ITEMS    2




            Compare and Save
        with Staples-brand products.

     THANK YOU FOR SHOPPING AT STAPLES !

        Shop online at www.staples.com

    Save 20% on all Staples brand products.
          Just buy 3 or more of the
        same regularly priced product.
           Offer valid in store only.
         See an associate for details.
```

