USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW ORLANDER, individually and on
behalf of all other similarly situated,

                Plaintiff,

-against-

STAPLES, INC.,

                Defendant.
-----------------------------------------------------------X

13 CIVIL 703 (NRB)

**JUDGMENT**

Presently before the Court is Staple's motion to dismiss the Complaint, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on June 27, 2014, having rendered its Memorandum and Order granting Staple's motion to dismiss the Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 27, 2014, Staple's motion to dismiss the Complaint is granted.

**Dated:** New York, New York
         June 30, 2014

                                              RUBY J. KRAJICK
                                              Clerk of Court
                               BY:
                                              Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____