UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW ORLANDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>STAPLES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 13-cv-0703-NRB<br><br>ECF Case<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Andrew Orlander hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment (Doc. No. 23) and Memorandum and Order granting the motion to dismiss of Defendant Staples, Inc. (Doc. No. 22), entered in this action on the 30th day June 2014.

Dated: July 28, 2014

**GARDY & NOTIS, LLP**

By: /s/ Meagan Farmer
    Meagan A. Farmer
    James S. Notis
    Orin Kurtz
Tower 56
126 E. 56th St.
New York, New York 10022
Tel: 212-905-0509
Fax: 212-905-0508

*Attorneys for Plaintiff*

OF COUNSEL:

**BALKIN & EISBROUCH, LLC**
David L. Eisbrouch
50 Main Street
Hackensack, New Jersey 07601
Tel: 201-342-5545
Fax: 201-342-3211