# EXHIBIT A

STAPLES' TECHNICAL SUPPORT & PROTECTION PLAN

# Computer and monitor protection plan

Worry-free workdays, here you come.

In Texas, the Obligor is

**Federal Warranty Service Corp.**

In Florida, the Obligor is

**United Service Protection Inc.**

Need support?

Visit **staples.com/protectionplans**

or call **1-866-782-9155** 24 hours a day, 7 days a week.

*Some restrictions apply. For complete details, including Obligor information, see Terms and Conditions. The plan term is inclusive of manufacturer's warranty and store return policy and does not replace the manufacturer's warranty. Plan does not cover cracked or broken screens and any failures due to accidental damage. Not responsible for lost data. Replacement product can be a new, rebuilt or refurbished one of similar features and functionality. Replacement or cash settlement fulfills the contract in its entirety, except on flat-screen monitors.

SKU 922642



## Computer and monitor protection plan

### Coverage you can count on. Here's what's included:

- 24/7 technical support and customer service
- 100% parts and labor coverage
- Coverage against normal mechanical or electrical failures as a result of normal wear and tear
- One-time replacement or cash settlement if equipment cannot be repaired*
- Power surge coverage of up to $1,000 over the life of the Plan
- Transferable coverage

### Types of servies:

- Carry-in: We will refer you to the nearest authorized repair center for service.
- Express shipping: We will provide prepaid shipping to and from our repair facility.
- On-site: We will do our best to repair your product at your home or workplace. If needed, we will pay for shipping to a designated service provider.

### DESKTOP COMPUTERS

| Product Purchase Price Carry-In Service | 3-Year Plan | 2-Year Plan |
|---|---|---|
| $0–$99.99 | $24.99 SKU 920591 | $14.99 SKU 920579 |
| $100–$199.99 | $49.99 SKU 920592 | $39.99 SKU 920581 |
| $200–$349.99 | $59.99 SKU 920593 | $49.99 SKU 920583 |
| $350–$499.99 | $89.99 SKU 920594 | $69.99 SKU 920584 |
| $500–$999.99 | $149.99 SKU 920595 | $99.99 SKU 920585 |
| $1,000–$1,499.99 | $189.99 SKU 920596 | $154.99 SKU 920586 |
| $1,500–$1,999.99 | $229.99 SKU 920598 | $199.99 SKU 920587 |
| $2,000–$2,499.99 | $289.99 SKU 920599 | $239.99 SKU 920588 |
| $2,500+ | $309.99 SKU 920600 | $259.99 SKU 920590 |

### DESKTOP COMPUTERS

| Product Purchase Price Express Shipping/On-Site Service | 3-Year Plan | 2-Year Plan |
|---|---|---|
| $0–$99.99 | N/A | N/A |
| $100–$199.99 | N/A | N/A |
| $200–$349.99 | N/A | N/A |
| $350–$499.99 | N/A | N/A |
| $500–$999.99 | $169.99 SKU 920687 | $139.99 SKU 920681 |
| $1,000–$1,499.99 | $199.99 SKU 920689 | $179.99 SKU 920682 |
| $1,500–$1,999.99 | $269.99 SKU 920690 | $229.99 SKU 920683 |
| $2,000–$2,499.99 | $299.99 SKU 920692 | $249.99 SKU 920684 |
| $2,500+ | $349.99 SKU 920693 | $279.99 SKU 920686 |

### TOUCH-SCREEN COMPUTERS

| Product Purchase Price Accidental Damage Plan** | 3-Year Plan | 2-Year Plan |
|---|---|---|
| Any Price | $199.99 SKU 764174 | $149.99 SKU 764173 |

**Accidental damage is included in Touch-Screen Computer Plan Prices. Not applicable in MA.

- Express shipping service available on monitors

### MONITORS***

| Product Purchase Price | 1-Year Extension Plan |
|---|---|
| $0–$99.99 | $14.99 SKU 731454 |
| $100–$149.99 | $19.99 SKU 731456 |
| $150–$199.99 | $24.99 SKU 731457 |
| $200–$249.99 | $29.99 SKU 731458 |
| $250–$299.99 | $39.99 SKU 731459 |
| $300–$399.99 | $49.99 SKU 731460 |
| $400+ | $79.99 SKU 731461 |

***Monitor plan includes screen replacement for manufacturer defect. Excludes Accidental Damage. Plans begin after the shortest portion of the manufacturer's warranty ends (parts or labor).