UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW ORLANDER, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>  v.<br><br>STAPLES, INC., a Delaware Corporation,<br><br>  Defendant. | Case No. 13-cv-0703-NRB<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF MOTION FOR
FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that, upon the Declaration of Meagan Farmer in Support of (1) Final Approval of Settlement, Notice Plan, Plan of Allocation, Class Certification; and (2) Application for an Award of Attorneys' Fees, Reimbursement of Expenses and Plaintiff's Service Award, dated November 13, 2017, and the accompanying memorandum of law, and all prior pleadings and proceedings had herein, on December 13, 2017 at 11:00 a.m., Plaintiff Andrew Orlander, by and through his attorneys, shall hereby move the Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for the entry of the [Proposed] Order and Final Judgment: (1) granting final approval of the proposed settlement; (2) for settlement purposes only, certifying the Class, appointing Plaintiff's Counsel as Class Counsel; and (3) approving the plan of allocation and distribution.

Dated: November 13, 2017

Respectfully submitted,

**GARDY & NOTIS, LLP**

By: *s/ Meagan Farmer*
Meagan A. Farmer
Jennifer Sarnelli
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: 212-905-0509
Fax: 212-905-0508

*Counsel for Plaintiff*